ACCEPTED
06-15-00054-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 10:33:54 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style:   TASARIRISHE ALEX

Vs.   State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/1/2015 10:33:54 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement:   ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:   6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: TASARIRISHE | ☒ Lead Attorney |
| Middle Name: | First Name: EBB |
| Last Name: ALEX | Middle Name: B. |
| Suffix: | Last Name: MOBLEY |
| Appellant Incarcerated?  ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed     ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained     ☐ Public Defender |
| | Firm Name: ATTORNEY AT LAW |
| | Address 1: P.O. BOX 2309 |
| | Address 2: |
| | City: LONGVIEW |
| | State: Texas     Zip+4: 75606 |
| | Telephone: 903-757-3331     ext. |
| | Fax: 903-753-8289 |
| | Email: ebbmob@aol.com |
| | SBN: 14238000 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: THE STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

☐ Appointed        ☒ District/County Attorney

☐ Retained         ☐ Public Defender

Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State: Texas        Zip+4: 75601

Telephone: 903-237-2673    ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us

SBN: 03205900

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): BURGLARY OF BUILDING

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: MARCH 25, 2015

Offense charged: BURGLARY OF BUILDING

Date of offense: MARCH 9, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: MARCH 31, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 2 YEARS STATE JAIL

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No   If yes, date filed: APRIL 1, 2015

Motion in Arrest of Judgment: ☐ Yes  ☒ No   If yes, date filed:

Other:  ☐ Yes  ☐ No        If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA   If yes, date filed: UNKNOWN

Date of hearing:              ☐ NA

Date of order:               ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 124TH JUDICIAL DISTRICT

County: GREGG

Trial Court Docket Number (Cause no): 43,827-B

Trial Court Judge (who tried or disposed of the case):

First Name: ALFONSO

Middle Name:

Last Name: CHARLES

Suffix:

Address 1: 101 EAST METHVIN, SUITE 447

Address 2:

City: LONGVIEW

State: Texas          Zip + 4: 75601

Telephone: 903-236-1765     ext.

Fax: 903-236-0747

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: APRIL 1, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: APRIL 1, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter              ☐ Court Recorder
☐ Official                     ☐ Substitute

First Name: TINA

Middle Name:

Last Name: CAMPBELL

Suffix:

Address 1: 101 EAST METHVIN, SUITE 447

Address 2:

City: LONGVIEW

State: Texas          Zip + 4: 75601

Telephone: 903-236-1765     ext.

Fax: 903-236-0747

Email: tina.campbell@co.gregg.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                                        Court: [ ]

Style: [ ]

    Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)                      Date: APRIL 1, 2015

_____
Printed Name:                                              State Bar No: 14238000

Electronic Signature: /s/ EBB B. MOBLEY            Name: EBB B. MOBLEY
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on APRIL 1, 2015      .

_____
Signature of counsel (or pro se party)            Electronic Signature: /s/ EBB B. MOBLEY
                                                             (Optional)

                                                State Bar No.: 14238000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;

        (2) the name and address of each person served, and

        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: APRIL 1, 2015

Manner Served: Regular Mail

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

Law Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State Texas          Zip+4: 75601

Telephone: 903-237-2673     ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us